IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ROY JOHNSON SHUPE,** | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00024 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **D.A. BRAXTON,** | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that Shupe's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as untimely filed, Shupe's motion to produce the state court records (Docket No. 2) is **DISMISSED as moot**, and this case shall be **STRICKEN** from the active docket of the court.

Further, finding that Shupe has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 9th day of March, 2012.

                                                                        NORMAN K. MOON
                                                                        UNITED STATES DISTRICT JUDGE